UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JONAH MARTINEZ; et al.,

              Plaintiffs-Appellants,

 v.

ALEX VILLANUEVA; et al.,

              Defendants-Appellees.

No.   20-56233

D.C. No.
2:20-cv-02874-AB-SK
Central District of California,
Los Angeles

ORDER

Before:  KLEINFELD, R. NELSON, and VANDYKE, Circuit Judges.

Appellee's unopposed motion to remand the case to the district court (ECF No. 44) is granted. The panel's original memorandum disposition and the district court's judgment are vacated, and this case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ____ (2022).

The court awards costs to Appellants. This order constitutes the mandate of this court.

**VACATED AND REMANDED.**